### SOUTHINGTON SAVINGS BANK *v.* VILLAGE BUILDERS AND DEVELOPERS, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 39 Conn. App. 909 (AC 12851), is denied.

*Thomas T. Lonardo,* in support of the petition.

*Janet C. Hall* and *Christopher J. Hug,* in opposition.

Decided December 21, 1995

### STATE OF CONNECTICUT *v.* ROBERTO MORALES

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 617 (AC 11565), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Temmy Ann Pieszak,* assistant public defender, in support of the petition.

*Donald A. Browne,* state's attorney, in opposition.

Decided December 21, 1995